In the Matter of the Application of RAYMOND T. MONIZ, Appellant, for the Determination of the Court as to the Designation of FRANK DAHLKE and ETHEL V. MARTIN for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

In the Matter of the Application of DAVID S. MURDEN, Appellant, for the Determination of the Court as to the Designation of THOMAS C. MACPHERSON and FLORENCE VAIL for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

In the Matter of the Application of ROBERT I. POWERS, Appellant, for the Determination of the Court as to the Designation of WILLIAM A. HUTCHINSON and ERMA MORTON for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

ROGER J. BROCK, as Chairman of the Democratic Assembly Committee for the Ninth Assembly District, Kings County, and Others, Appellants, v. THOMAS WOGAN and Others, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying plaintiffs' motion for an injunction *pendente lite* affirmed, without costs. No opinion. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.